USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENTER FOR POPULAR DEMOCRACY
ACTION and CITY of NEWBURGH,

    *Plaintiffs*,

    v.

BUREAU OF THE CENSUS; STEVEN
DILLINGHAM, Director, Bureau of the Census;
UNITED STATES DEPARTMENT OF
COMMERCE; and WILBUR ROSS, Secretary of
Commerce,

    *Defendants*.

Case No. 1:19-cv-10917

So Ordered
1-9-2020
[signature]

## PLAINTIFFS' MOTION FOR ORDER TO GRANT LEAVE TO APPEAR AS LAW STUDENT INTERNS

Plaintiffs Center for Popular Democracy Action and City of Newburgh, through their attorneys, move this Court, pursuant to the United States District Court for the Southern District of New York's Plan for Student Practice in Civil Actions, to grant Rachel Brown, Lisa Chen, Daniel Ki, Nikita Lalwani, Geng Ngarmboonanant, Laura Pietrantoni, and Joshua Zoffer leave to appear as law student interns in the above-captioned matter, under the supervision of attorney Michael J. Wishnie. Ms. Brown, Ms. Chen, Mr. Ki, Ms. Lalwani, Mr. Ngarmboonanant, Ms. Pietrantoni, and Mr. Zoffer meet all the eligibility requirements. Plan for Student Practice in Civil Actions 1; *see* Law Student Intern Appearance Form for Rachel Brown (Ex. A); Law Student Intern Appearance Form for Lisa Chen (Ex. B); Law Student Intern Appearance Form for Daniel

Ki (Ex. C); Law Student Intern Appearance Form for Nikita Lalwani (Ex. D); Law Student Intern Appearance Form for Geng Ngarmboonanant (Ex. E); Law Student Intern Appearance Form for Laura Pietrantoni (Ex. F); Law Student Intern Appearance Form for Joshua Zoffer (Ex. G).

WHEREFORE, for the reasons stated herein, Petitioner respectfully requests that this Court issue order granting these students leave to appear as law student interns.

Dated: November 26, 2019

                                               Respectfully submitted,

                                               /s/ Michael J. Wishnie

                                               Michael J. Wishnie (MW1958)
                                               Rachel Brown, Law Student Intern
                                               Lisa Chen, Law Student Intern
                                               Daniel Ki, Law Student Intern
                                               Nikita Lalwani, Law Student Intern
                                               Geng Ngarmboonanant, Law Student Intern
                                               Laura Pietrantoni, Law Student Intern
                                               Joshua Zoffer, Law Student Intern
                                               Peter Gruber Rule of Law Clinic
                                               Yale Law School
                                               127 Wall Street
                                               New Haven, CT 06511
                                               Phone: (203) 436-4780
                                               michael.wishnie@ylsclinics.org
                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael J. Wishnie, certify that today, November 26, 2019, I have caused a true and correct copy of the foregoing Motion to be filed with the Clerk of Court of the United States District Court for the Southern District of New York via CM/ECF, which will send a notice of this filing to all participants in this case, including counsel for defendants. Parties that have not appeared will be served by regular mail.

BY:  /s/ Michael J. Wishnie
     Michael J. Wishnie