UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CENTER FOR POPULAR DEMOCRACY
ACTION and CITY of NEWBURGH,

                           Plaintiffs,

   -against-

BUREAU OF THE CENSUS; STEVEN
DILLINGHAM, Director, Bureau of the Census;
UNITED STATES DEPARTMENT OF
COMMERCE; and WILBUR ROSS, Secretary of
Commerce,

                          Defendants.
------------------------------------------------------------ X

**ORDER**

19 Civ. 10917 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court is in receipt of the parties' letter filed today, March 9, 2020, *see* ECF No. 57. Defendants' request to strike portions of Plaintiffs' reply brief and accompanying declaration is denied, but Defendants' request to file a sur-reply is granted. Defendants shall so file their sur-reply on or before March 12, 2020.

SO ORDERED.

Dated:     March 9, 2020
               New York, New York

                                              ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

1