```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CENTER FOR POPULAR DEMOCRACY           :
ACTION and CITY of NEWBURGH,           :
                                       :
                        Plaintiffs,    :
                                       :
        -against-                      :
                                       :
BUREAU OF THE CENSUS; STEVEN           :
DILLINGHAM, Director, Bureau of the Census; :
UNITED STATES DEPARTMENT OF            :
COMMERCE; and WILBUR ROSS, Secretary of :
Commerce,                              :
                                       :
                        Defendants.    :
------------------------------------------------------------ X
```

USDC SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020

**ORDER REGULATING PROCEEDINGS**

19 Civ. 10917 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

In advance of the oral argument scheduled for this coming Wednesday, March 18, at 2:30 p.m., and in light of the considerable volume of the record in this matter, the Court orders the parties to jointly submit, on or before March 17, 2020, a hard-copy appendix containing any documents in the record that the parties anticipate referencing during their arguments.

SO ORDERED.

Dated:   March 13, 2020
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

1