UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CENTER FOR POPULAR DEMOCRACY
ACTION and CITY of NEWBURGH,

                Plaintiffs,

-against-

BUREAU OF THE CENSUS; STEVEN
DILLINGHAM, Director, Bureau of the Census;
UNITED STATES DEPARTMENT OF
COMMERCE; and WILBUR ROSS, Secretary of
Commerce,

                Defendants.

---------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

19 Civ. 10917 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-17-20

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument scheduled in this case for March 18, 2020, at 2:30 p.m. will be held telephonically. In keeping with the right of open access to judicial proceedings, members of the press and other interested parties may listen via the following dial-in:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

SO ORDERED.

Dated:     March 17, 2020
               New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1