UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CENTER FOR POPULAR DEMOCRACY                                  :
ACTION and CITY of NEWBURGH,                                  :   **ORDER GRANTING**
                                                              :   **DEFENDANTS' MOTION TO**
                              Plaintiffs,                     :   **DISMISS AND DENYING**
                                                              :   **PLAINTIFFS' MOTION FOR A**
         -against-                                            :   **PRELIMINARY INJUNCTION**
                                                              :
BUREAU OF THE CENSUS; STEVEN                                  :   19 Civ. 10917 (AKH)
DILLINGHAM, Director, Bureau of the Census;                   :
UNITED STATES DEPARTMENT OF                                   :
COMMERCE; and WILBUR ROSS, Secretary of                       :
Commerce,                                                     :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       This suit is one of several to challenge aspects of the above-named Defendants' oversight of the 2020 decennial Census. Plaintiffs—an advocacy organization focused on, *inter alia*, the accuracy of the Census; and a municipality—contend that Defendants' plans for making an enumeration of the population include several arbitrary and capricious decisions that will lead to a differential undercount of persons of color, lower income persons, and other "hard-to-count" communities, in violation of the Administrative Procedure Act, 5 U.S.C. §§ 500 *et seq.*, and the Enumeration Clause of the Constitution, U.S. Art. I § 2 cl. 3. Now before me are two competing motions: Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and Plaintiffs' motion seeking a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. *See* ECF Nos. 38, 47. I held a hearing today on both motions, and for the reasons stated on the record and incorporated in this order, Defendants' motion to dismiss is granted and Plaintiffs' motion for a preliminary injunction is denied.

1

The Clerk is directed to terminate the open motions (ECF Nos. 38, 47) and mark the case closed.

SO ORDERED.

Dated:    March 18, 2020
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge