**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CENTER FOR POPULAR DEMOCRACY
ACTION and CITY of NEWBURGH,

                Plaintiffs,

-against-                                              19 **CIVIL** 10917 (AKH)

                                                **JUDGMENT**

BUREAU OF THE CENSUS; STEVEN
DILLINGHAM, Director, Bureau of the Census;
UNITED STATES DEPARTMENT OF
COMMERCE; and WILBUR ROSS, Secretary of
Commerce,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2020, Defendants' motion to dismiss is granted and Plaintiffs' motion for preliminary injunction is denied; accordingly, the case is closed.

**Dated:** New York, New York
         March 19, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       Clerk of Court
                         **BY:**
                                              _____
                                                     **Deputy Clerk**